UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM, | No. 2:18-cv-1125 DB P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY A. BEARD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 10, 2020, the court directed plaintiff to file a first amended complaint within thirty days. (See ECF No. 9 at 9). At that time, plaintiff was warned that failure to file the amended complaint within the time allotted might ultimately result in a dismissal of this action. (See id.).

More than thirty days have passed since the court directed plaintiff to file an amended complaint. Despite this fact, plaintiff has neither complied with the court's order nor responded to it in any way. Therefore, plaintiff shall be ordered to show cause why this action should not be dismissed for failure to prosecute and/or failure to obey a court order. See Fed. R. Civ. P. 41(b); see also L.R. 110.

1

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall show cause why this action should not be dismissed for failure to prosecute and/or failure to obey a court order.

Plaintiff is warned that failure to respond to this order may result in a recommendation that this action be dismissed.

Dated: April 6, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/wilh1125.osc.fac