UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM, A.K.A. STEVEN HAIRL WILHELM,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY A. BEARD, et al.,<br><br>    Defendants. | No. 2:18-cv-1125 JAM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2020, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. See ECF No. 13. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations issued May 19, 2020 (ECF No. 13) are ADOPTED in full, and

2. This action is DISMISSED for failure to state a claim, for failure to prosecute, and for failure to obey court orders. <u>See</u> 28 U.S.C. § 1915A(b)(1); Fed. R. Civ. P. 41(b); L.R. 110; <u>see also</u> ECF Nos. 9, 12.

DATED: June 30, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE